**FILED**
June 3, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:19-cr-00035-MCE |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| ROSELLE CIPRIANO, ) | PERSON IN CUSTODY |
| Defendant. ) | |
| ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, ROSELLE CIPRIANO, Case No. 2:19-cr-00035-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___　　Release on Personal Recognizance

　　_X_　　Bail Posted in the Sum of: $100,000.00.

　　　　_X_　Co-Signed Unsecured Appearance Bond

　　　　___　Secured Appearance Bond

　　　　_X_　(Other) Conditions as stated on the record.

　　　　_X_　(Other) Third Party Custody Agreement.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/3/2020  at  2:25 p.m.

By _[signature]_
Edmund F. Brennan
United States Magistrate Judge