Steve Whitworth. (SBN: 249111)
**Law Offices of Steve Whitworth**
9245 Laguna Springs Drive, Suite 200
Elk Grove, CA  95758
Telephone:    916-668-5970
Facsimile:     916-668-5971
Email:  steve@stevewhitworth.com

Attorney for Defendant
Roselle Cipriano

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ROSELLE CIPRIANO,<br><br>           Defendant. | Case No.  2:19-CR-35<br><br>**STIPULATION REGARDING THE REMOVAL CONDITIONS 8 AND 9 FOR DEFENDANT ROSELLE CIPRIANO; FINDINGS AND ORDER** |

### STIPULATION

1. The parties hereby agree to remove condition 8; thereby removing the requirement for Defendant, Roselle Cipriano to undergo drug testing;

2. The parties further agree to modify condition #9 to remove one of Ms. Cipriano's third party custodians (Clarissa Taveras) as she has moved. The defendant's mother would remain her sole 3rd party custodian;

3. The Defendant remains in compliance with her conditions of release; and

4. Pretrial Services is in agreement with the above modifications.

///

///

///

All other orders not specifically modified herein shall remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: August 31, 2021                                    /s/ Steve Whitworth
                                                                  Steve Whitworth
                                                                  Counsel for Defendant Roselle Cipriano

Dated: August 31, 2021                                    /s/ Cameron Desmond
                                                                  Cameron Desmond
                                                                  Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated:  September 3, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION REGARDING THE REMOVAL CONDITIONS 8 AND 9 FOR DEFENDANT ROSELLE CIPRIANO**