**Law Office of Steve Whitworth**
**Steve Whitworth [SBN:249111]**
428 J Street Suite 400
Sacramento CA 95814
916.668.5970 [Tel]
916.668.5971 [Cell]
steve@stevewhitworth.com
Attorney for Defendant:
**Roselle Cipriano**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROSELLE CIPRIANO**<br><br>Defendant. | **Case No.: 2:19-cr-0035 MCE**<br>[ ~~PROPOSED~~ ] **STIPULATION FOR MODIFICATION OF PRE-TRIAL TERMS AND CONDITIONS OF MS. CIPRIANO PURSUANT TO AGREEMENT WITH THE UNITED STATES**<br><br>DATE: TBD / IF REQUIRED<br>TIME: TBD / IF REQUIRED<br>DEPT: TBD / IF REQUIRED |

    Defendant Roselle Cipriano, by and through Counsel of record, Steve Whitworth, requests the Court's permission and order for the following stipulated modification of the current terms of release of Ms. Roselle Cipriano.

1   To change Clause #4 [ Four] of the terms and conditions of release to be Modified as
2   follows:

3

4   From:

5   4. "You must restrict your travel to Eastern District of California unless otherwise
6       approved in advance by the pretrial services officer;"

7   To:

8   
9   **4. "You must restrict your travel to Eastern District of California and the
10      Northern District of California unless otherwise approved in advance by
        the pretrial services officer;"**

11
12
13
14  DATED: Feb 27, 2023              Respectfully Submitted,
15                                   By:    _/s/ Steve Whitworth_
16                                          STEVE WHITWORTH
                                            Attorneys for Defendant
17                                          ROSELLE CIPRIANO
18
19                                   By:    /s/ Cameron Desmond AUSA
                                            CAMERON DESMOND
20                                          ASSISTANT UNITED ATTORNEY
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted, and the requested modification is GRANTED.

Based on the representations of the parties the court finds good cause are served by granting this modification are in the interests of justice

Dated: March 1, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge