1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   DAVID SPENCER
3  ROSS PEARSON
   Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00035-DAD |
|---|---|
| Plaintiff, | STIPULATION TO SET STATUS CONFERENCE REGARDING TRIAL DATE; ORDER |
| v. | |
| HENRY BENSON, and ROSELLE CIPRIANO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  This case is currently scheduled for trial on August 14, 2023.

2.  By previous order, this matter was set for trial confirmation hearing on July 11, 2023, at 9:30 a.m.

3.  By this stipulation, the parties move to vacate the trial confirmation hearing and set this matter for a status conference on June 27, 2023, at 9:30 a.m., regarding the trial date in this matter.

4.  The parties anticipate that at the status conference on June 27, they will ask the Court to continue trial to October 11, 2023, and explain reasons for a continuance on the record.

IT IS SO STIPULATED.

STIPULATION TO SET STATUS CONFERENCE                    1

| | |
|---|---|
| Dated:  June 22, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  June 22, 2023 | /s/ KYLE KNAPP<br>KYLE KNAPP<br>Counsel for Defendant<br>HENRY BENSON,<br>(Authorized by email on June 22, 2023) |
| Dated:  June 22, 2023 | /s/ STEVE WHITWORTH<br>STEVE WHITWORTH<br>Counsel for Defendant<br>HENRY BENSON,<br>(Authorized by email on June 22, 2023) |

**ORDER**

Pursuant to the stipulation of the parties, the trial confirmation hearing previously scheduled for scheduled for July 11, 2023 is vacated and this matter is now scheduled for a status conference on June 27, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 22, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE