PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
DAVID W. SPENCER
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. HENRY BENSON, and ROSELLE CIPRIANO, Defendants. | CASE NO. 2:19-CR-00035-DAD<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>DATE: October 11, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief.

| <u>Govt Exh. No.</u> | **Description** | **Bates Range** | <u>Admitted In Evidence</u> | <u>Objection Foundation</u> | <u>Other Objection</u> | **Received** |
|---|---|---|---|---|---|---|
| 1 | Sketch of House of Benson and Cipriano Residence | BENSO_CIPRI_015630 | | | | |
| 1.01 to 1.07 | Photos of Benson and Cipriano Residence – Exterior of House | BENSO_CIPRI_000383-BENSO_CIPRI_000384; BENSO_CIPRI_000075-BENSO_CIPRI_000081 | | | | |

| Govt Exh. No. | Description | Bates Range | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|---|
| 1.08 to 1.12 | Photos of Benson and Cipriano Residence – Interior of House | BENSO_CIPRI_000135; BENSO_CIPRI_000134; BENSO_CIPRI_000138-BENSO_CIPRI_000140 | | | | |
| 1.13 to 1.60 | Photos of Benson and Cipriano Residence – Pill Press Room | BENSO_CIPRI_000141, 142, 444, 451, 454, 455, 453, 153, 165, 170, 171, 174, 175, 456, 457, 458, 459, 460, 463, 178, 179, 465, 466, 467, 468, 471, 474, 477, 481, 486, 487, 160, 162, 490, 582, 583, 586, 588, 589, 591, 595, 598, 580, 144, 145, 146, 147, 148 | | | | |
| 1.100 to 1.139 | Photos of Benson and Cipriano Residence – Benson and Cipriano Room | BENSO_CIPRI_000187, 188, 199, 207, 191, 193, 194, 227, 238, 239, 516, 197, 230, 231, 232, 233, 234, 248, 201, 202, 209, 210, 308, 16680, 205, 16681, 204, 16682, 265, 235, 236, 237, 284, 240, 241, 16683, 195, 196, 214 | | | | |
| 1.200 to 1.208 | Photos of Benson and Cipriano Residence – Shed | BENSO_CIPRI_000320, 323, 492, 493, 495, 325, 326, 337, 332 | | | | |
| 2 | Search of Storage Locker | | | | | |
| 2.01 | Security Public Storage Agreement | BENSON_PM_000007-BENSON_PM_000038 | | | | |
| 2.02 to 2.23 | Security Public Storage – Photos | BENSO_CIPRI_000644, 713, 667, 704, 605, 693, 656, 607, 657, 660, 610, 612, 615, 619, 625, 627, 630, 680, 690, 651, 711, 10633, 10638 | | | | |
| 3 | June 24 Buy – Audio of Buy | | | | | |
| 3.1 | Audio of June 14 Buy, Part 1 | Clip from BENSO_CIPRI_000891 | | | | |
| 3.1-T | Tr. of June 14 Buy, Part 1 | | | | | |
| 3.2 | Audio of June 14 Buy, Part 2 | Clip from BENSO_CIPRI_000891 | | | | |

| Govt Exh. No. | Description | Bates Range | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|---|
| 3.2-T | Tr. of June 14 Buy, Part 2 | | | | | |
| 4 | June 24 Buy – Photos of Ex. 75 and Ex. 76 | | | | | |
| 4.01 to 4.03 | Photos of Ex. 75 and Ex. 76 | BENSO_CIPRI_000764; BENSO_CIPRI_000775; BENSO_CIPRI_000789 | | | | |
| 5 | July 3 Buy – Calls Setting up Buy | | | | | |
| 5.1 | Audio of July 2 Call | Clip from BENSO_CIPRI_000903 | | | | |
| 5.1-T | Tr. of July 2 Call | | | | | |
| 5.2 | Audio of July 3 Call Part 1 | Clip from BENSO_CIPRI_000904 | | | | |
| 5.2-T | Tr. of July 3 Call Part 1 | | | | | |
| 5.3 | Audio of July 3 Call Part 2 | Clip from BENSO_CIPRI_000905 | | | | |
| 5.3-T | Tr. of July 3 Call Part 2 | | | | | |
| 5.4 to 5.7 | Photos of Texts Messages | BENSO_CIPRI_000911, 912, 915, 916, 921, 922, 923, 924, 925, 942 | | | | |
| 6 | July 3 Buy – Audio of Buy | | | | | |
| 6.1 | Audio of July 3 Buy | Clip from BENSO_CIPRI_000893 | | | | |
| 6.1-T | Tr. of July 3 Buy | | | | | |
| 7 | July 3 Buy – Photos of Ex. 77 to Ex. 79 | | | | | |
| 7.01 to 7.10 | Photos of Ex. 77 to Ex. 79 | BENSO_CIPRI_000800, 801, 815, 818, 827, 811, 810, 824, 832, 9507 | | | | |
| 8 | July 27 Buy – Calls Setting up Buy | | | | | |

| Govt Exh. No. | Description | Bates Range | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|---|
| 8.1 | Audio of July 12 Call | Clip from BENSO_CIPRI_000943 | | | | |
| 8.1-T | Tr. of July 12 Call | | | | | |
| 8.2 | Audio of July 17 Call | Clip from BENSO_CIPRI_000944 | | | | |
| 8.2-T | Tr. of July 17 Call | | | | | |
| 8.3 | Photos of Text Messages | BENSO_CIPRI_000966-BENSO_CIPRI_000967 | | | | |
| 9 | July 27 Buy – Audio of Buy | | | | | |
| 9.1 | Audio of July 27 Buy | Clip from BENSO_CIPRI_000981 | | | | |
| 9.1-T | Tr. of July 27 Buy Part 1 | | | | | |
| 10 | July 27 Buy – Photos of Ex. 80 to Ex. 82 | | | | | |
| 10.01 to 10.04 | Photos of Ex. 80 to Ex. 82 | BENSO_CIPRI_000853; BENSO_CIPRI_000855; BENSO_CIPRI_000857; BENSO_CIPRI_000872 | | | | |
| 11 | September 4 Buy – Calls Setting up Buy | | | | | |
| 11.1 | Audio of August 22 Call | Clip from BENSO_CIPRI_008525 | | | | |
| 11.1-T | Tr. of August 22 Call | | | | | |
| 11.2 | September 1 Texts | BENSO_CIPRI_008542-BENSO_CIPRI_008544 | | | | |
| 11.3 | Audio of September 1 Call | Clip from BENSO_CIPRI_008527 | | | | |
| 11.3-T | Tr. of September 1 Call | | | | | |
| 12 | Search of Ruiz Residence Photos | BENSO_CIPRI_011292, 11298, 11299, 11348, 11331, 11332, 11333, 11334, 12314 | | | | |

| Govt Exh. No. | Description | Bates Range | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|---|
| 13 | AT&T Tolls for (707) 305-6823 | *Physical Evidence* BENSO_CIPRI_011405-BENSO_CIPRI_012251 | | | | |
| 13.1 | AT&T Subscriber Information | BENSO_CIPRI_012253 | | | | |
| 13-C | AT&T 902(11) Certificate | BENSO_CIPRI_011387 | | | | |
| 14 | Benson N-194e Cellebrite | *Physical Evidence* BENSO_CIPRI_014755 | | | | |
| 14.01 to 14.06 | Excerpts of Benson N-194e Cellebrite | | | | | |
| 15 | Cipriano N-191 Cellebrite | *Physical Evidence* BENSO_CIPRI_014560 | | | | |
| 15.01 to 15.17 | Excerpts of Cipriano N-191 Cellebrite | | | | | |
| 16 | Ruiz N-156 Cellebrite | *Physical Evidence* BENSO_CIPRI_014153-BENSO_CIPRI_014355 | | | | |
| 16.100 to 16.106 | Excerpts of Ruiz N-156 Cellebrite | BENSO_CIPRI_014153, 14182, 14211, 14212, 14235, 14236, 14237, 14286, 14302, 14305-10 | | | | |
| 17 | Benson USMS Fingerprints | BENSO_CIPRI_012327-BENSO_CIPRI_012329 | | | | |
| 18 | Benson FBI Fingerprints | BENSO_CIPRI_015642-BENSO_CIPRI_015643 | | | | |
| 18-C | FBI 902(11) Certificate | BENSO_CIPRI_015644-BENSO_CIPRI_015646 | | | | |
| 19 | Cipriano USMS Fingerprints | BENSO_CIPRI_012324-BENSO_CIPRI_012326 | | | | |
| 20 | DMV Photo of Benson | | | | | |
| 21 | DMV Photo of Cipriano | | | | | |
| 22 | DMV Photo of Ruiz | | | | | |
| 23 | Map of Vallejo | | | | | |

| Govt Exh. No. | Description | Bates Range | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|---|
| 24 | Benson N-192b Cellebrite | *Physical Evidence* BENSO_CIPRI_014563 | | | | |
| 24.01 to 24.07 | Excerpts of Benson N-192b Cellebrite | | | | | |
| 25 | Benson N-194g Cellebrite | *Physical Evidence* BENSO_CIPRI_014845-BENSO_CIPRI_015471 | | | | |
| 25.01 to 25.06 | Excerpts of Benson N-194g Cellebrite | | | | | |
| 50 | Shotgun (physical exhibit) | | | | | |
| 77 | Physical exhibit 77 (blue Minion pills) | | | | | |
| 78 | Physical exhibit 78 (yellow Tesla pills, yellow Trump pills) | | | | | |
| 80 | Physical exhibit 80 (white "GG249" pills) | | | | | |
| 81 | Physical exhibit 81 (white "GG249" pills) | | | | | |
| 81.01 | Paper bag containing physical exhibit 81 | | | | | |
| 85 | Physical exhibit 85 (pills found on September 4) | | | | | |
| 100 | Physical exhibit 100 (powder) | | | | | |
| 101 | Physical exhibit 101 (blender) | | | | | |
| 102 | Physical exhibit 102 (blender) | | | | | |

| Govt Exh. No. | Description | Bates Range | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|---|
| 107 | Physical exhibit 107 (pink powder) | | | | | |
| 113 | Physical exhibit 113 (pill press stamps) | | | | | |
| 123 | Physical exhibit 123 (pills found on February 7) | | | | | |
| 124 | Physical exhibit 124 (pills found on February 7) | | | | | |
| 201 | Physical exhibit 201 (respirator cartridge) | | | | | |
| 205 | Physical exhibit 205 (powder found on February 8) | | | | | |
| 209 | Physical exhibit 209 (respirator) | | | | | |
| 210 | Physical exhibit 210 (black trash bag) | | | | | |

Dated: September 29, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Ross Pearson*
ROSS PEARSON
DAVID W. SPENCER
CAMERON L. DESMOND
Assistant United States Attorneys