Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
(916) 441-4717 office
kyleknapp@sbcglobal.net

Attorney for Defendant
HENRY BENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 19-CR-0035-DAD |
|---|---|
| Plaintiff, | ) **DEFENDANT'S INITIAL EXHIBIT LIST** |
| vs. | ) |
| HENRY BENSON, | ) DATE:  October 11, 2023<br>) TIME:   9:00 am<br>) JUDGE: Hon. Dale A. Drozd |
| Defendant. | ) |

The Defendant, Henry Benson, by and through his defense counsel, submits the following exhibits to be used in his case-in-chief at trial.

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| A-0001 | Photo of performance-enhancing pills | | | | |
| A-0002 | Photo of performance-enhancing pills | | | | |
| A-0003 | Photo of performance-enhancing pills | | | | |
| A-0004 | Photo of performance-enhancing pills | | | | |
| A-0005 | Photo of performance-enhancing pills | | | | |
| A-0006 | Photo of performance-enhancing pills | | | | |
| A-0007 | Photo of performance-enhancing pills | | | | |
| B-0001 | Photo of Kool-Aid Pills and Powder Exhibit 75 | | | | |

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| B-0002 | Photo of Kool-Aid Pills and Powder Exhibit 75 | | | | |
| B-0003 | Photo of Kool-Aid Pills and Powder Exhibit 75 | | | | |
| B-0004 | Photo of Kool-Aid Pills and Powder Exhibit 75 | | | | |
| C-0001 | Photo of Methamphetamine Exhibit 76 | | | | |
| C-0002 | Photo of Methamphetamine Exhibit 76 | | | | |
| C-0003 | Photo of Methamphetamine Exhibit 76 | | | | |
| C-0004 | Photo of Methamphetamine Exhibit 76 | | | | |
| C-0005 | Photo of Methamphetamine Exhibit 76 | | | | |
| D-0001 | Photo of blue Minion pills Exhibit 77 | | | | |
| D-0002 | Photo of blue Minion pills Exhibit 77 | | | | |
| D-0003 | Photo of blue Minion pills Exhibit 77 | | | | |
| E-0001 | Photo of yellow Tesla pills and powder Exhibit 78 | | | | |
| E-0002 | Photo of yellow Tesla pills and powder Exhibit 78 | | | | |
| E-0003 | Photo of yellow Tesla pills and powder Exhibit 78 | | | | |
| E-0004 | Photo of yellow Tesla pills and powder Exhibit 78 | | | | |
| F-0001 | Photos of blue powder Exhibit 79 | | | | |
| F-0002 | Photos of blue powder Exhibit 79 | | | | |
| F-0003 | Photos of blue powder Exhibit 79 | | | | |

Defendant's Initial Exhibit List                    *US v.Benson*

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| G-0001 | Photos of white pills Exhibit 80 | | | | |
| G-0002 | Photos of white pills Exhibit 80 | | | | |
| G-0003 | Photos of white pills Exhibit 80 | | | | |
| H-0001 | Photo of white pills and powder Exhibit 81 | | | | |
| H-0002 | Photo of white pills and powder Exhibit 81 | | | | |
| H-0003 | Photo of white pills and powder Exhibit 81 | | | | |
| I-0001 | Photo of gun manual and pills found in Ruiz's trailer Exhibit 85 | | | | |
| I-0002 | Photo of Exhibit 85 | | | | |
| I-0003 | Photo of 3 bags of blue pills Exhibit 85 | | | | |
| I-0004 | Photo of various powders and pills Exhibit 85 | | | | |
| I-0005 | Photo of various powders and pills Exhibit 85 | | | | |
| I-0006 | Photo of various powders Exhibit 85 | | | | |
| I-0007 | Photo of blue pills on scale Exhibit 85 | | | | |
| J-0001 | Photo of gray powder Exhibit 100 | | | | |
| J-0002 | Photo of gray powder Exhibit 100 | | | | |
| K-0001 | Photo of small amount of green powder Exhibit 101 | | | | |
| K-0002 | Photo of small amount of green powder Exhibit 101 | | | | |
| L-0001 | Photo of pink pills and powder Exhibit 103 | | | | |
| M-0001 | Photo of pink powder Exhibit 104 | | | | |
| M-0002 | Photo of pink powder Exhibit 104 | | | | |

Defendant's Initial Exhibit List                    *US v. Benson*

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| N-0001 | Photo of brown sludge Exhibit 105 | | | | |
| N-0002 | Photo of brown sludge Exhibit 105 | | | | |
| O-0001 | Photo of pinkish powder Exhibit 106 | | | | |
| O-0002 | Photo of pinkish powder Exhibit 106 | | | | |
| P-0001 | Photo of various pinkish powder Exhibit 107 | | | | |
| P-0002 | Photo of various pinkish powder Exhibit 107 | | | | |
| P-0003 | Photo of various pinkish powder Exhibit 107 | | | | |
| Q-0001 | Photo of pink powder Exhibit 108 | | | | |
| Q-0002 | Photo of pink powder Exhibit 108 | | | | |
| R-0001 | Photo of white powders Exhibit 109 | | | | |
| R-0002 | Photo of white powders Exhibit 109 | | | | |
| R-0003 | Photo of white powders Exhibit 109 | | | | |
| S-0001 | Photo of white powders Exhibit 110 | | | | |
| S-0002 | Photo of white powders Exhibit 110 | | | | |
| S-0003 | Photo of white powders Exhibit 110 | | | | |
| T-0001 | Photo of white crystal substance Exhibit 111 | | | | |
| T-0002 | Photo of bag Exhibit 111 | | | | |
| U-0001 | Photo of white and brown powders Exhibit 112 | | | | |
| U-0002 | Photo of white and brown powders Exhibit 112 | | | | |
| V-0001 | Photo of pink and white powder Exhibit 114 | | | | |

Defendant's Initial Exhibit List				*US v.Benson*

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| V-0002 | Photo of pink and white powder Exhibit 114 | | | | |
| V-0003 | Photo of pink and white powder Exhibit 114 | | | | |
| W-0001 | Photo of light green powder Exhibit 115 | | | | |
| W-0002 | Photo of light green powder Exhibit 115 | | | | |
| X-0001 | Photo of light green powder Exhibit 116 | | | | |
| X-0002 | Photo of light green powder Exhibit 116 | | | | |
| X-0003 | Photo of light green powder Exhibit 116 | | | | |
| X-0004 | Photo of light green powder Exhibit 116 | | | | |
| Y-0001 | Photo of light yellow powder Exhibit 117 | | | | |
| Z-0001 | Photo of green powders Exhibit 119 | | | | |
| Z-0002 | Photo of green powders Exhibit 119 | | | | |
| Z-0003 | Photo of pink powders Exhibit 119 | | | | |
| Z-0004 | Photo of pink powders Exhibit 119 | | | | |
| Z-0005 | Photo of pink powders Exhibit 119 | | | | |
| AA-0001 | Photo of blue powders Exhibit 120 | | | | |
| AA-0002 | Photo of blue powders Exhibit 120 | | | | |
| AA-0003 | Photo of blue powders Exhibit 120 | | | | |
| BB-0001 | Photo of blue powder Exhibit 121 | | | | |
| BB-0002 | Photo of blue powder Exhibit 120 | | | | |
| CC-0001 | Photo of 3 pill bags: yellow, blue and green | | | | |
| CC-0002 | Photo of mixed pills bag on bed sheet | | | | |
| CC-0003 | Photo of mixed pills bag on bed sheet | | | | |

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| CC-0004 | Photo of bags of mixed pills on table | | | | |
| CC-0005 | Photo of bag of mixed pills | | | | |
| DD-0001 | Photo of preforming enhancement pills Exhibit 125 | | | | |
| DD-0002 | Photo of pink powder Exhibit 125 | | | | |
| EE-0001 | Photo of white powders Exhibit 128 | | | | |
| EE-0002 | Photo of white powders Exhibit 128 | | | | |
| FF-0001 | Photo of green and yellow pills Exhibit 131 | | | | |
| FF-0002 | Photo of yellow powder Exhibit 131 | | | | |
| FF-0003 | Photo of green face pills Exhibit 131 | | | | |
| FF-0004 | Photos of green powder and green mushroom pills Exhibit 131 | | | | |
| FF-0005 | Photo of yellow powder and yellow WB pills Exhibit 131 | | | | |
| FF-0006 | Photo of pink powder Exhibit 131 | | | | |
| FF-0007 | Photo of pink Tesla pills Exhibit 131 | | | | |
| FF-0008 | Photo of blue powder Exhibit 131 | | | | |
| FF-0009 | Photo of blue mushroom pills Exhibit 131 | | | | |
| FF-0010 | Photo of yellow powder Exhibit 131 | | | | |
| FF-0011 | Photo of yellow and blue pills Exhibit 131 | | | | |
| FF-0012 | Photo of blue powder Exhibit 131 | | | | |
| FF-0013 | Photo of blue WB pills Exhibit 131 | | | | |
| FF-0014 | Photo of blue powder Exhibit 131 | | | | |

Defendant's Initial Exhibit List                    *US v. Benson*

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| FF-0015 | Photo of blue face pills Exhibit 131 | | | | |
| FF-0016 | Photo of sealed bag showing chain of custody Exhibit 131 | | | | |
| GG-0001 | Photo of Benson's closet | | | | |
| GG-0002 | Photo of Remmington Shotgun Shells | | | | |
| HH-0001 | Photo of yellow WB pills Exhibit 122 | | | | |
| HH-0002 | Photo of yellow WB pills Exhibit 122 | | | | |
| HH-0003 | Photo of yellow WB pills in front of scale Exhibit 122 | | | | |
| HH-0004 | Photo of blue Mushroom pills Exhibit 122 | | | | |
| HH-0005 | Photo of yellow WB pills Exhibit 122 | | | | |
| HH-0006 | Photo of green Mushroom pills Exhibit 122 | | | | |
| HH-0007 | Photo of pink flower pills Exhibit 122 | | | | |
| HH-0008 | Photo of multi-colored powder bags Exhibit 122 | | | | |
| HH-0009 | Photo of multi-colored powder bags Exhibit 122 | | | | |
| II-0001 | Photo of multi-colored pill bags and box on bed sheet | | | | |
| JJ-0001 | Photo of Hallway 1169 Lewis Ave location | | | | |
| JJ-0002 | Photo of Hallway 1169 Lewis Ave location | | | | |
| JJ-0003 | Photo of Hallway 1169 Lewis Ave location | | | | |
| JJ-0004 | Photo of House Exterior 1169 Lewis Ave location | | | | |

Defendant's Initial Exhibit List                    *US v. Benson*

| Def. Ex. No. | Description | Admitted In Evidence | Objection Foundation | Other Objection | Received |
|---|---|---|---|---|---|
| JJ-0005 | Photo of Garage 1169 Lewis Ave location | | | | |
| JJ-0006 | Photo of Driveway with cars 1169 Lewis Ave location | | | | |
| JJ-0007 | Photo of Bedroom 1169 Lewis Ave location | | | | |
| JJ-0008 | Photo of Bedroom 1169 Lewis Ave location | | | | |

The Defense reserves the right to decide not to present all of the exhibits listed above and/or to present additional evidence.

Dated:   October 10, 2023            y:      /s/ *Kyle R. Knapp*_____
                                            KYLE R. KNAPP
                                            Attorney for HENRY BENSON