John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com
Sacramento, CA 95814

Attorney for Defendant
ROSELLE CIPRIANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Roselle Cipriano,<br><br>            Defendant. | No. 2:19-CR-0035-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: June 4, 2024<br>Time: 9:30 a.m.<br>Hon. Dale A. Drozd |

Defendant Roselle Cipriano, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney Cameron Desmond, hereby stipulate and request that the Court continue the current schedule for preparation of the presentence report, objections, and sentencing as follows:

| | |
|---|---|
| Sentencing hearing: | June 4, 2024, 9:30 a.m. |
| Reply or Statement of Non-Opposition: | May 28, 2024 |
| Motion to Correct PSR and/or Sent Memo: | May 21, 2024 |
| Final Presentence Report Filed: | May 14, 2024 |
| Informal Objections to PSR: | May 7, 2024 |
| Draft PSR filed: | April 23, 2024 |

1

The reason for this request is that defense counsel was recently appointed and needs additional time to prepare for sentencing. U.S. Probation Officer Miranda Lewis has no objection to this request.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: January 23, 2024

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
ROSELLE CIPRIANO

PHILLIP TALBERT
United States Attorney

Dated: January 23, 2024

By: /s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Cipriano is continued to June 4, 2024, 9:30 a.m. and the proposed schedule for the Presentence Report and related findings is adopted.

IT IS SO ORDERED.

Dated: **January 23, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE