John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
balazslaw@gmail.com
Sacramento, CA 95814

Attorney for Defendant
ROSELLE CIPRIANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No.  2:19-CR-0035-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| Roselle Cipriano, | Date:  June 24, 2024<br>Time: 9:30 a.m. |
| Defendant. | Hon. Dale A. Drozd |

Defendant Roselle Cipriano, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney Cameron Desmond, hereby stipulate and request that the Court continue the current schedule for objections, responses, and sentencing as follows:

| | |
|---|---|
| Sentencing hearing: | June 24, 2024, 9:30 a.m. |
| Reply or Statement of Non-Opposition: | June 18, 2024 |
| Motion to Correct PSR and/or Sent Memo: | June 11, 2024 |
| Final Presentence Report Filed: | June 4, 2024 |
| Informal Objections to PSR: | May 28, 2024 |

1    The reason for this request is that defense counsel needs additional time to prepare for

2  sentencing.  U.S. Probation Officer Miranda Lewis has no objection to this request.

3    **IT IS SO STIPULATED**.

                                              Respectfully submitted,

4

5  Dated:  May 6, 2024                    /s/ John Balazs
                                          JOHN BALAZS

6
                                          Attorney for Defendant
7                                         ROSELLE CIPRIANO

8
                                          PHILLIP TALBERT
9                                         United States Attorney
   Dated:  May 6, 2024
10
                                  By:     /s/ Cameron Desmond
11                                        CAMERON DESMOND
                                          Assistant U.S. Attorney
12

13

14                                **ORDER**

15

16    IT IS SO ORDERED.

17  Dated:  __**May 7, 2024**__          _____

18                                        DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

                                          2